IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: Subpoena Issued to Volvo Group North America, LLC.<br><br>-- in --<br><br>DARRELL CANADA, individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>DOMINION ENTERPRISES, a Virginia General Partnership, CROSS-SELL, LLC and JOHN DOES 1-100,<br><br>Defendants. | No. 14MC24<br>(Underlying action pending in the Eastern District of Arkansas; Case No. 4:13CV00345 JLH) |

## VOLVO GROUP NORTH AMERICA, LLC'S MOTION TO QUASH

Non-party Volvo Group North America, LLC. ("Volvo"), by and through counsel and pursuant to Rule 45(d) of the Federal Rules of Civil Procedure and Local Rule 7.3, hereby moves this Court for an order quashing a subpoena issued by Plaintiff Darrell Canada ("Plaintiff"). The subpoena commands Volvo to designate corporate representatives and appear on April 17, 2014, for deposition at Emerson Poynter, LLP, 1301 Scott Street, Little Rock, AR 72202. The subpoena was not accompanied by a 30(b)(6) deposition notice. A true copy of the subpoena is attached hereto as Exhibit 1.

In support of this motion, Volvo submits the accompanying Memorandum of Law. Pursuant to Rule 45(d) of the Federal Rules of Civil Procedure, the subpoena should be

1

quashed because (1) service was not accompanied by the tender of attendance and mileage fees; (2) it fails to allow a reasonable time for Volvo to comply and designate corporate representative(s); (3) it requires Volvo to comply beyond the geographical limits specified in Rule 45(c); (4) it subjects Volvo to undue burden.

WHEREFORE, Volvo respectfully requests that this Court quash the subpoena issued by Plaintiff and grant such other relief as the court may deem appropriate.

This the 10 day of April, 2014.

/s/ Richard J. Keshian

Richard J. Keshian
N.C. State Bar No. 10681
Amanda T. Johnson
N.C. State Bar No. 42953
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
Email:
rkeshian@kilpatricktownsend.com
amajohnson@kilpatricktownsend.com
*Attorneys for Volvo Group North America, LLC*

2

US2008 5520871 1

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing *Motion to Quash* has been served on counsel for the parties via first class U.S. mail, addressed as follows:

>Will T. Crowder
>Scott E. Poynter
>Corey D. McGaha
>EMERSON POYNTER LLP
>1301 Scott Street
>Little Rock, AR 72202
>
>John G. Emerson
>EMERSON POYNTER LLP
>830 Apollo Lane
>Houston, TX 77058
>
>James C. Wyly
>Sean F. Rommel
>WYLY-ROMMEL, PLLC
>4004 Texas Boulevard
>Texarkana, TX 75503
>
>*ATTORNEYS FOR PLAINTIFF*
>
>Grant E. Fortson, Esq.
>LAX, VAUGHAN, FORTSON, JONES & ROWE, P.A.
>Cantrell West Building
>11300 Cantrell Road, Suite 201
>Little Rock, AR 72212
>
>William Keith Ransdell, Esq.
>John C. Roach, Esq.
>Stephen Chad Meredith, Esq.
>RANSDELL & ROACH, PLLC
>176 Pasadena Drive, Bldg. One
>Lexington, KY 40503
>
>*ATTORNEYS FOR DEFENDANTS*

This the 10 day of April, 2014.

                                                                                                                         Richard J. Keshian
                                                      N.C. State Bar No. 10681
                                                      Amanda T. Johnson
                                                      N.C. State Bar No. 42953
                                                      Kilpatrick Townsend & Stockton LLP
                                                      1001 West Fourth Street
                                                      Winston-Salem, NC 27101
                                                      Telephone: (336) 607-7300
                                                      Facsimile: (336) 607-7500
                                                      Email:
                                                      rkeshian@kilpatricktownsend.com
                                                      amajohnson@kilpatricktownsend.com
                                                      *Attorneys for Volvo Group North America, LLC*